**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| GABBI LEMOS,<br>    *Plaintiff-Appellant*,<br><br>v.<br><br>COUNTY OF SONOMA; STEVE FREITAS; MARCUS HOLTON,<br>    *Defendants-Appellees*. | No. 19-15222<br><br>D.C. No.<br>4:15-cv-05188-YGR<br><br>ORDER |

Filed January 21, 2022

**ORDER**

MURGUIA, Chief Judge:

  Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

  Judge Koh did not participate in the deliberations or vote in this case.